# EXHIBIT A

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Time: _____
Harris County, Texas

CAUSE NO  2014011189

**PROCESS SERVED
AFFIDAVIT ATTACHED**

RECEIPT  NO _____   0 00    ATY
**********   TR # 72987086

PLAINTIFF· CANTRELL, CAROL A
          vs
DEFENDANT· CHESSER, KEVIN

2014-011189

In The 125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CONFIRMED FILE DATE: 2/4/2014

CITATION

P-2

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Time: _____
By _____
Harris County, Texas
Deputy

TO. AWALT, STEVE
     NINE GREENWAY PLAZA, SUITE 1700  HOUSTON TX 77046

     Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

     YOU HAVE BEEN SUED,  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
     This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel (832) 447-1300
<u>Bar No</u>  24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____ , _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,
_____ , by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____    copy(ies) of the
                                                                     Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____ , _____.

Fee  $_____                    _____

                                    _____ of _____ County, Texas

_____   By _____
          Affiant                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____

                                    _____
                                    Notary Public

N INT CITR P

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

  I, Christopher G Sampa, make statement to the fact,
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit   That I received the documents
stated below on 01/30/14 10 35 am, instructing for same to be delivered upon Awalt,
Steve.

That I delivered to       Awalt, Steve.

the following          CITATION, PLAINTIFFS' ORIGINAL PETITION

at this address      : Nine Greenway Plaza Suite 1700
                     : Houston, Harris County, TX 77046

Manner of Delivery   : by PERSONALLY delivering the document(s) to the person above

Delivered on         : JAN 30, 2014 11 47 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S A.  I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the ___3___ day of
__February__, 20__14__.



                                    Christopher G Sampa                Declarant

                                    Texas Certification#  SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston             PCP Inv. #H14102515
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102515                + Service Fee    80 00
                               Witness Fee      .00
                               Mileage Fee      00
tomcat                                          Sturm, Charles A

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Time: _____

Harris County, Texas

CONFIRMED FILE DATE: 2/4/2014

CAUSE NO ____2014-01189____

PROCESS SERVED
AFFIDAVIT ATTACHED

RECEIPT NO ********* ATY

TR # 72986154

PLAINTIFF· CANTRELL, CAROL A
            vs
DEFENDANT   CHESSER, KEVIN

*2014-01189*

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**P-2**

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Time: _____
By: _____

Harris County, Texas
Deputy

TO BRIGGS & VESELKA("B & V") IS A TEXAS COMPANY WITH ITS PRINCIPAL PLACE
   OF BUSINESS IN HOUSTON TEXAS) MAY BE SERVED THROUGH ITS REGISTERED AGENT
   JOHN C FLATOWICZ
   NINE GREENWAY PLAZA, SUITE 1700  HOUSTON TX 77046

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

    __YOU HAVE BEEN SUED,_  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING·
    This citation was issued on 15th day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u>  24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M, on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____          copy(ies) of the
                                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____              _____

                              _____ of _____ County, Texas

_____          By _____
          Affiant                                    Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared   After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                              _____
                              Notary Public

N INT CITR P

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**125th District Court of HARRIS County, Texas**
201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

CAROL A. CANTRELL, ET AL

*Plaintiff*

**vs**

BRIGGS & VESELKA CO., ET AL

*Defendant*

### RETURN OF SERVICE

I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:35 am, instructing for same to be delivered upon Briggs
& Veselka ("B & V") Is A Texas Company With Its Principal Place Of Business In
Houston Texas) By Delivery To John C Flatowicz Its Registered Agent.

That I delivered to        : Briggs & Veselka ("B & V") Is A Texas Company With Its Principal
                             Place Of Business In Houston Texas) By Delivery To John C
                             Flatowicz Its Registered Agent.

the following              CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address            Nine Greenway Plaza Suite 1700
                           : Houston, Harris County, TX 77046

Manner of Delivery         : by PERSONALLY delivering the document(s) to the person above

Delivered on               : JAN 30, 2014 11 47 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S A.  I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the ____3____ day of

 February , 20 14                  _____
                                                                                 Declarant
                                                       Christopher G Sampa

                                                       Texas Certification#  SCH-1088 Exp. 07/31/14

Private Process Server
Professional Civil Process Houston              PCP Inv. #H14102517
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102517              + Service Fee   35 00
                             Witness Fee      00
                             Mileage Fee      00
tomcat                                          Sturm, Charles A.

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

CAUSE NO   2014-01189

RECEIPT  NO              0 00        ATY
          * * * * * * * * *            TR # 72987326

PLAINTIFF  CANTRELL, CAROL A
        vs                              2014-01189
DEFENDANT  CHESSER, KEVIN

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
FEB 04 2014
Time:
By
Deputy
Harris County, Texas

P-2

TO  CHESSER, KEVIN
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number and court  The instrument attached describes the claim against you

YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST., SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u>  24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline   Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M., on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____      copy(ies) of the
                                                                              Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____                          _____

                                         _____ of _____ County, Texas

_____         By _____
        Affiant                                      Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                         _____
                                                  Notary Public

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N INT CITR P



## 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL  HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**

*Defendant*

<u>RETURN OF SERVICE</u>

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:35 am, instructing for same to be delivered upon
Chesser, Kevin

| | |
|---|---|
| That I delivered to | Chesser, Kevin |
| the following | CITATION; PLAINTIFFS' ORIGINAL PETITION |
| at this address | Nine Greenway Plaza Suite 1700<br>Houston, Harris County, TX 77046 |
| Manner of Delivery | by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : JAN 30, 2014 11:47 am |

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the _____3_____ day of
_February____, 20_14_

_____Christopher Sampa_____
                                              Declarant
Christopher G Sampa

Texas Certification#  SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston        PCP Inv. #H14102514
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102514

tomcat

+ Service Fee:  80.00
  Witness Fee:     00
  Mileage Fee:     00

                          Sturm, Charles A

CAUSE NO 2014-01189

**PROCESS SERVED
AFFIDAVIT ATTACHED**

RECEIPT NO **********   0.00
TR # 72987329

PLAINTIFF   CANTRELL, CAROL A
         vs
DEFENDANT   CHESSER, KEVIN

2014-01189

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
Time:
FEB 04 2014
By
Harris County, Texas
Deputy

P-2

TO  ENRIQUZ, SHEILA
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

     Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number
and court  The instrument attached describes the claim against you

     YOU HAVE BEEN SUED  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
     This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u> · 24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ M , on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                             Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee· $_____

                                         _____

                                         _____ of _____ County, Texas

                                         By _____
          Affiant                                     Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                         _____
                                              Notary Public

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N INT CITR P



# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:34 am, instructing for same to be delivered upon
Enriquz, Sheila.

| | |
|---|---|
| That I delivered to | Enriquz, Sheila |
| the following | · CITATION; PLAINTIFFS' ORIGINAL PETITION |
| at this address | · Nine Greenway Plaza Suite 1700<br>· Houston, Harris County, TX 77046 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above |
| Delivered on | : JAN 30, 2014 11 48 am |

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S A.  I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the ___3___ day of
__February__, 20__14__.

_____
Declarant
Christopher G Sampa

Texas Certification#: SCH-1088 Exp 07/31/14

Private Process Server
Professional Civil Process Houston        PCP Inv. #H14102513
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102513

+ Service Fee.   80.00
  Witness Fee.      .00
  Mileage Fee.      .00

tomcat                                   Sturm, Charles A

**PROCESS SERVED
AFFIDAVIT ATTACHED**

CAUSE NO  201401189

RECEIPT  NO                   0  00          ATY
          *********              TR # 72987332

PLAINTIFF  CANTRELL, CAROL A                    In The  125th
        vs                    2014-01189          Judicial District Court
DEFENDANT  CHESSER, KEVIN                        of Harris County, Texas
                                                 125TH DISTRICT COURT
                                                 Houston, TX

                            CITATION

THE STATE OF TEXAS
County of Harris

                                            **FILED**
                                    Chris Daniel
                                    District Clerk
                                    FEB 04 2014
                                    Harris County, Texas
                                    By _____ Deputy        (P-2)

TO  FLATOWICZ, JOHN
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046


    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number
and court  The instrument attached describes the claim against you

    YOU HAVE BEEN SUED,  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>                    CHRIS DANIEL, District Clerk
STURM, CHARLES ALFRED                       Harris County, Texas
723 MAIN ST , SUITE 325                     201 Caroline   Houston, Texas 77002
HOUSTON, TX 77002                           (P O  Box 4651, Houston, Texas 77210)
Tel  (832) 447-1300
<u>Bar No</u>  24003020                       GENERATED BY MOMON, RHONDA MICHEL   HWP//9748421
_____
                    OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ M , on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____.

Fee  $_____                        _____

                                       _____ of _____ County, Texas


                                  By _____
        Affiant                               Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                       _____
                                                 Notary Public
**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N INT CITR P

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL   HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**


*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**


*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact,
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10 35 am, instructing for same to be delivered upon
Flatowicz, John.


That I delivered to       : Flatowicz, John

the following             : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address           : Nine Greenway Plaza Suite 1700
                          : Houston, Harris County, TX 77046

Manner of Delivery        : by PERSONALLY delivering the document(s) to the person above.

Delivered on              JAN 30, 2014 11 48 am


My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ___3___ day of
__February__, 20_14_                    
                                                              Declarant
                          Christopher G Sampa

                          Texas Certification#  SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston              PCP Inv  #H14102516
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

```
AX02H14102516
```
tomcat                    + Service Fee·  80 00
                            Witness Fee·      00
                            Mileage Fee       00        Sturm, Charles A

CAUSE NO   2014-01189

**PROCESS SERVED
AFFIDAVIT ATTACHED**

RECEIPT   NO                                                    0  00          ATY
********              TR #  72987334

PLAINTIFF   CANTRELL, CAROL A                          In The  125th
     vs                                                Judicial District Court
DEFENDANT   CHESSER, KEVIN          *2014-01189*       of Harris County, Texas
                                                       125TH DISTRICT COURT
                                                       Houston, TX

CONFIRMED FILE DATE: 2/4/2014

                              CITATION

THE STATE OF TEXAS
County of Harris

                                                       **FILED**
                                                       Chris Daniel
                                                       District Clerk
                                                       FEB 04 2014
                                                       Harris County, Texas              (P-2)
                                                       By _____ Deputy

TO   FREUDENBERGER, LAURA
     NINE GREENWAY PLAZA, SUITE 1700  HOUSTON TX 77046

     Attached is a copy of  <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number
and court. The instrument attached describes the claim against you

     YOU HAVE BEEN SUED,  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING·
     This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>·                 CHRIS DANIEL, District Clerk
STURM, CHARLES ALFRED                      Harris County, Texas
723 MAIN ST , SUITE 325                    201 Caroline     Houston, Texas 77002
HOUSTON, TX 77002                          (P O  Box 4651, Houston, Texas 77210)
Tel  (832) 447-1300
<u>Bar No</u>   24003020                    GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

(seal: DISTRICT COURT OF HARRIS COUNTY TEXAS)

─────────────────────────────────────────────────────────────────
                     OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ M, on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock ____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
                                                                    copy(ies) of the
true copy of this Citation together with the accompanying _____              Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____.

Fee  $_____                            _____

                                           _____ of _____ County, Texas


_____              By _____
         Affiant                                    Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                           _____
**RECORDER'S MEMORANDUM**                   Notary Public
This instrument is of poor quality
at the time of imaging

N INT CITR P                              

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact,
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:34 am, instructing for same to be delivered upon
Freudenberger, Laura.


That I delivered to      : Freudenberger, Laura.

the following            : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address          : Nine Greenway Plaza Suite 1700
                         : Houston, Harris County, TX 77046

Manner of Delivery       : by PERSONALLY delivering the document(s) to the person above

Delivered on             : JAN 30, 2014 11.48 am




My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S.A  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ____3____ day of
__February__, 20_14_.

Christopher G Sampa                    _Declarant_

Texas Certification#· SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston          PCP Inv. #H14102512
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102512

tomcat

+ Service Fee:  80 00
  Witness Fee·      00
  Mileage Fee:      00

          Sturm, Charles A

**FILED**
Chris Daniel
District Clerk

FEB 0 4 2014

Time:_____
Harris County, Texas

CAUSE NO  2014-01189



RECEIPT  NO

* * * * * * * * * *

TR # 72987337

............ATY

$0.00

PLAINTIFF CANTRELL, CAROL A
        vs
DEFENDANT: CHESSER, KEVIN

2014-01189

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CONFIRMED FILE DATE: 2/4/2014

## CITATION

THE STATE OF TEXAS
County of Harris

P-2

TO  KUNTZ, ANDY
        NINE GREENWAY PLAZA, SUITE 1700  HOUSTON TX 77046

        Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number and court. The instrument attached describes the claim against you

        YOU HAVE BEEN SUED,  You may employ an attorney   If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you

TO OFFICER SERVING:
        This citation was issued on 21st day of January, 2014, under my hand and seal of said Court

<u>Issued at request of.</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u>  24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

_____

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____       copy(ies) of the
                                                                                    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____                        _____

                                        _____ of _____ County, Texas


_____              By _____
        Affiant                                        Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                        _____
                                                Notary Public

N INT CITR P

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL   HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**


*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**


*Defendant*

<u>RETURN OF SERVICE</u>

I, Christopher G Sampa, make statement to the fact,
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:34 am, instructing for same to be delivered upon Kuntz,
Andy.

| | |
|---|---|
| That I delivered to | Kuntz, Andy |
| the following | CITATION, PLAINTIFFS' ORIGINAL PETITION |
| at this address | . Nine Greenway Plaza Suite 1700<br>Houston, Harris County, TX 77046 |
| Manner of Delivery | by PERSONALLY delivering the document(s) to the person above |
| Delivered on | JAN 30, 2014 11:49 am |

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A  I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the _____3_____ day of
_____February_____, 20_14_.


_____ Declarant
Christopher G Sampa

Texas Certification# SCH-1088 Exp 07/31/14

Private Process Server
Professional Civil Process Houston            PCP Inv  #H14102511
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102511

tomcat

| | | |
|---|---|---|
| + Service Fee | 80 | 00 |
| Witness Fee | | 00 |
| Mileage Fee | | 00 |

Sturm, Charles A.

**FILED**
Chris Daniel
District Clerk

**FEB 04 2014**

Time:_____

Harris County, Texas

CAUSE NO  201401189

**PROCESS SERVED
AFFIDAVIT ATTACHED**

RECEIPT NO                    0 00        ATY
          *********              TR # 72987339

PLAINTIFF: CANTRELL, CAROL A            In The 125th
          vs.                           Judicial District Court
DEFENDANT  CHESSER, KEVIN     ~~2011~~   of Harris County, Texas
                              2014-01189  125TH DISTRICT COURT
                                         Houston, TX

                    CITATION

THE STATE OF TEXAS
County of Harris

(P-2)

TO LE, LIEN
   NINE GREENWAY PLAZA, SUITE 1700  HOUSTON TX 77046

**FILED**
Chris Daniel
District Clerk
FEB 04 2014
By_____
Time:_____
Harris County, Texas
Deputy

   Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number
and court  The instrument attached describes the claim against you

   YOU HAVE BEEN SUED  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING·
   This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>           CHRIS DANIEL, District Clerk
STURM, CHARLES ALFRED               Harris County, Texas
723 MAIN ST , SUITE 325             201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                   (P O  Box 4651, Houston, Texas 77210)
Tel  (832) 447-1300
<u>Bar No</u>  24003020               GENERATED BY MOMON, RHONDA MICHEL   HWP//9748421

─────────────────────────────────────────────────────────────────────────────
              OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ M, on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                            Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____.

Fee  $_____                      _____

                                     _____ of _____ County, Texas

                                  By _____
      Affiant                            Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                     _____
                                     Notary Public

N INT CITR P

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CONFIRMED FILE DATE: 2/4/2014

Unofficial Copy Office of Chris Daniel District Clerk

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**


*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**


*Defendant*

<u>**RETURN OF SERVICE**</u>


I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit   That I received the documents
stated below on 01/30/14 10:34 am, instructing for same to be delivered upon Le,
Lien.


That I delivered to      : Le, Lien.

the following           . CITATION, PLAINTIFFS' ORIGINAL PETITION

at this address         Nine Greenway Plaza Suite 1700
                        Houston, Harris County, TX 77046

Manner of Delivery      by PERSONALLY delivering the document(s) to the person above

Delivered on            JAN 30, 2014 11 49 am


My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S A.  I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the ____3____ day of
__February__, 20__14__.

                        _Christopher G Sampa_____
                                                    Declarant
                        Christopher G Sampa

                        Texas Certification#: SCH-1088 Exp. 07/31/14

Private Process Server
Professional Civil Process Houston          PCP Inv. #H14102510
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102510

                        + Service Fee:  80 00
                          Witness Fee:     00
                          Mileage Fee:     00
tomcat                                   Sturm, Charles A

**FILED**
Chris Daniel
District Clerk

FEB 0 4 2014

Time: _____
Harris County, Texas
By _____

CONFIRMED FILE DATE: 2/4/2014

CAUSE NO  2014-01189

RECEIPT NO    *********

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

0.00    ATY

TR # 72987341

PLAINTIFF  CANTRELL, CAROL A
        vs
DEFENDANT· CHESSER, KEVIN

*2014-01189*

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
FEB 0 4 2014
Harris County, Texas
By _____ Deputy

P-2

TO  LOVINS, KEVIN
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

    YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u>  24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL    HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____  copy(ies) of the
                                                                        Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____

_____ of _____ County, Texas

_____                By _____
            Affiant                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

_____
Notary Public

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N INT CITR P

125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL  HOUSTON, TX 77002

Case #: 201401189

CAROL A. CANTRELL, ET AL

*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**

*Defendant*

RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10 34 am, instructing for same to be delivered upon Lovins,
Kevin.


That I delivered to     : Lovins, Kevin.

the following           : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address         : Nine Greenway Plaza Suite 1700
                        : Houston, Harris County, TX 77046

Manner of Delivery      : by PERSONALLY delivering the document(s) to the person above

Delivered on            : JAN 30, 2014 11:49 am




My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ___3___ day of
_February_, 20_14_                     _____
                                       Christopher G Sampa            Declarant

                                       Texas Certification#  SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston
1500 McGowen, Suite 140 Houston TX 77004     PCP Inv  #H14102509
(713) 227-5858

AX02H14102509                          + Service Fee:  80.00
                                         Witness Fee:    .00
                                         Mileage Fee:    .00
tomcat                                   Sturm, Charles A

CAUSE NO  2014-01189

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

RECEIPT  NO  _____

TR # 72987342

PLAINTIFF   CANTRELL, CAROL A

vs

DEFENDANT   CHESSER, KEVIN

2014-01189

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
Time: _____
By _____
FEB 04 2014
Harris County, Texas
Deputy

(P-2)

TO  MCDONALD, BOB
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel· (832) 447-1300
<u>Bar No :</u> 24003020

*(Seal: DISTRICT COURT OF HARRIS COUNTY TEXAS)*

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M, on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                          Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____                    _____

                                     _____ of _____ County, Texas

_____          By _____
          Affiant                                    Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                                  _____
**RECORDER'S MEMORANDUM**                              Notary Public
This instrument is of poor quality
at the time of imaging

N INT CITR P                        

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL  HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:34 am, instructing for same to be delivered upon
Mcdonald, Bob.

That I delivered to       · Mcdonald, Bob.

the following             CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address           Nine Greenway Plaza Suite 1700
                        · Houston, Harris County, TX 77046

Manner of Delivery      : by PERSONALLY delivering the document(s) to the person above.

Delivered on            : JAN 30, 2014 11:49 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ___3___ day of
__February__, 20_14_                    _____
                                                              Declarant
                                        Christopher G Sampa

                                        Texas Certification#: SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston             PCP Inv  #H14102508
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858


AX02H14102508                + Service Fee:  80 00
                               Witness Fee:      00
tomcat                         Mileage Fee       00
                                                Sturm, Charles A

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

CAUSE NO. 201401189

RECEIPT NO       0 00     ATY
    ***********     TR # 72987346

PLAINTIFF   CANTRELL, CAROL A            In The  125th
       vs           **2014- 01189**     Judicial District Court
DEFENDANT   CHESSER, KEVIN           of Harris County, Texas
                                  125TH DISTRICT COURT
                                  Houston, TX

CONFIRMED FILE DATE: 2/4/2014

CITATION

THE STATE OF TEXAS
County of Harris

**FILED** P-2
Chris Daniel
District Clerk
FEB 04 2014
Time:
By
Harris County, Texas
Deputy

TO  MORGAN, MARESA
     NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

     Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

     YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
     This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>                CHRIS DANIEL, District Clerk
STURM, CHARLES ALFRED          Harris County, Texas
723 MAIN ST , SUITE 325         201 Caroline     Houston, Texas 77002
HOUSTON, TX 77002           (P O  Box 4651, Houston, Texas 77210)
Tel (832) 447-1300
<u>Bar No</u>  24003020             GENERATED BY MOMON, RHONDA MICHEL   HWP//9748421

(seal: DISTRICT COURT OF HARRIS COUNTY TEXAS)

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M, on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____       copy(ies) of the
                                                     Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____.

Fee $_____           _____

                                 _____ of _____ County, Texas

                                 By _____
_____
       Affiant                                  Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                 Notary Public

N INT CITR P

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



## 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL  HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:34 am, instructing for same to be delivered upon Morgan,
Maresa.

| | |
|---|---|
| That I delivered to | : Morgan, Maresa. |
| the following | : CITATION, PLAINTIFFS' ORIGINAL PETITION |
| at this address | : Nine Greenway Plaza Suite 1700 |
| | : Houston, Harris County, TX 77046 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | JAN 30, 2014 11.50 am |

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the _____3_____ day of
__Felcuary__, 20_14_

_____
                                                                                Declarant
                      Christopher G Sampa

                      Texas Certification#  SCH-1088 Exp. 07/31/14

Private Process Server
Professional Civil Process Houston          PCP Inv. #H14102507
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

|  | | |
|---|---|---|
| + Service Fee | 80 | 00 |
| Witness Fee | | 00 |
| Mileage Fee | | 00 |

AX02H14102507

tomcat                                         Sturm, Charles A.

**FILED**
Chris Daniel
District Clerk

**FEB 0 4 2014**

Time: _____

Harris County, Texas

CAUSE NO   2014-01189

RECEIPT NO _____   0-00 _____ ATY

PROCESS SERVED
AFFIDAVIT ATTACHED

********* TR # 72987347

CONFIRMED FILE DATE: 2/4/2014

PLAINTIFF   CANTRELL, CAROL A
   vs
DEFENDANT   CHESSER, KEVIN

2014-01189

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

P-2

**FILED**
Chris Daniel
District Clerk
FEB 0 4 2014
Harris County, Texas
By _____
Deputy
Time: _____

TO PHELPS, DAVID
   NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number and court  The instrument attached describes the claim against you

YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you

TO OFFICER SERVING
   This citation was issued on 21st day of January, 2014, under my hand and seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u> · 24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

DISTRICT COURT OF HARRIS COUNTY TEXAS

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                          Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____

                                        _____

                                        _____ of _____ County, Texas

_____         By _____
        Affiant                              Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                        _____
                                              Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N INT CITR P

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**


*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**


*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10 34 am, instructing for same to be delivered upon Phelps,
David

That I delivered to        Phelps, David

the following            : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address          : Nine Greenway Plaza Suite 1700
                         : Houston, Harris County, TX 77046

Manner of Delivery       : by PERSONALLY delivering the document(s) to the person above.

Delivered on             JAN 30, 2014 11.50 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S.A   I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ___3___ day of
_February_, 20 14                      
                                                            _____ Declarant
                               Christopher G Sampa

                               Texas Certification#: SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston            PCP Inv. #H14102506
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102506
tomcat                         + Service Fee:  80.00
                                 Witness Fee:   .00
                                 Mileage Fee.   .00
                                 Sturm, Charles A

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Harris County, Texas

CONFIRMED FILE DATE: 2/4/2014

Time: _____

By _____

CAUSE NO  20140119

RECEIPT  NO _____
**********

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

0  00 _____ ATY

TR # 72987348

PLAINTIFF  CANTRELL, CAROL A
          vs
DEFENDANT  CHESSER, KEVIN

2014-01189

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Harris County, Texas

P-2

TO  SANDERS, JASON
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

    Attached is a copy of  <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

    YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel· (832) 447-1300
<u>Bar No</u>  24003020

(SEAL: DISTRICT COURT OF HARRIS COUNTY TEXAS)

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____ , _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____      copy(ies) of the
                                                                                    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____ , _____

Fee  $_____

_____
        of _____ County, Texas

_____
            Affiant

By _____
            Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____

_____
Notary Public

N INT CITR P

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL   HOUSTON, TX 77002

# Case #: 201401189

**CAROL A. CANTRELL, ET AL**


*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**


*Defendant*

## RETURN OF SERVICE


  I, Christopher G Sampa, make statement to the fact,
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10.35 am, instructing for same to be delivered upon
Sanders, Jason.


That I delivered to       Sanders, Jason.

the following            : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address          : Nine Greenway Plaza Suite 1700
                         : Houston, Harris County, TX 77046

Manner of Delivery       : by PERSONALLY delivering the document(s) to the person above

Delivered on             JAN 30, 2014 11 50 am



My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ____3____ day of
____February____, 20__14__


                                                                    Declarant
                         Christopher G Sampa

                         Texas Certification#  SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston              PCP Inv  #H14102504
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102504                    + Service Fee    80 00
                                   Witness Fee       00
tomcat                             Mileage Fee       00     Sturm, Charles A.

CAUSE NO   201401189

**PROCESS SERVED
AFFIDAVIT ATTACHED**

RECEIPT   NO                                    0  00         ATY
********                        TR # 72987349

PLAINTIFF   CANTRELL, CAROL A                    In The  125th
         vs                                      Judicial District Court
DEFENDANT   CHESSER, KEVIN      2014-01189       of Harris County, Texas
                                                 125TH DISTRICT COURT
                                                 Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

P-2

TO  SCHAFF, MARK
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

FILED
Chris Daniel
District Clerk
FEB 04 2014
Harris County, Texas

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number
and court  The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED   You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court.

<u>Issued at request of</u>                    CHRIS DANIEL, District Clerk
STURM, CHARLES ALFRED                        Harris County, Texas
723 MAIN ST , SUITE 325                      201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                            (P O  Box 4651, Houston, Texas 77210)
Tel  (832) 447-1300
<u>Bar No</u>  24003020                          GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____, _____

Executed at (address) _____  in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
                                                                 copy(ies) of the
true copy of this Citation together with the accompanying _____         Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee  $_____                       _____

                                      _____ of _____ County, Texas

_____                          By _____
         Affiant                                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared   After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                      _____
                                                Notary Public

N INT CITR P          **RECORDER'S MEMORANDUM**
                      This instrument is of poor quality
                         at the time of imaging

# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL  HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:35 am, instructing for same to be delivered upon Schaff,
Mark.


That I delivered to    : Schaff, Mark.

the following          : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address        : Nine Greenway Plaza Suite 1700
                       : Houston, Harris County, TX 77046

Manner of Delivery     : by PERSONALLY delivering the document(s) to the person above.

Delivered on           : JAN 30, 2014 11:51 am


My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S A   I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the ___3___ day of
___February___, 20_14_

Christopher G Sampa

_____ Declarant

Texas Certification#  SCH-1088 Exp. 07/31/14

Private Process Server
Professional Civil Process Houston          PCP Inv  #H14102503
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

| | | |
|---|---|---|
| + Service Fee | 80.00 | |
| Witness Fee | .00 | |
| Mileage Fee | .00 | |

AX02H14102503

tomcat                                       Sturm, Charles A

**FILED**
Chris Daniel
District Clerk

**FEB 0 4 2014**

Time: _____
Harris County, Texas
By _____

CAUSE NO   2014011189

RECEIPT NO   **********         0 00         ATY

TR # 72987350

PROCESS SERVED
AFFIDAVIT ATTACHED

CONFIRMED FILE DATE: 2/4/2014

PLAINTIFF  CANTRELL, CAROL A
           vs
DEFENDANT  CHESSER, KEVIN

2014-01189

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

FILED
Chris Daniel
District Clerk
FEB 0 4 2014
Harris County, Texas

P-2

TO  SHERRILL, TERRY
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

     Attached is a copy of  <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

     YOU HAVE BEEN SUED,  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
     This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u>   24003020

(seal: DISTRICT COURT OF HARRIS COUNTY TEXAS)

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline      Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____ , _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the _____ day of _____ ,

_____ , by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____         copy(ies) of the
                                                                        Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____ , _____

Fee  $_____

_____

_____ of _____ County, Texas

_____
          Affiant

By _____
              Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____

_____
          Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N INT CITR P

# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10 35 am, instructing for same to be delivered upon
Sherrill, Terry

That I delivered to     : Sherrill, Terry.

the following          : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address        Nine Greenway Plaza Suite 1700
                       Houston, Harris County, TX 77046

Manner of Delivery     : by PERSONALLY delivering the document(s) to the person above

Delivered on           : JAN 30, 2014 11:51 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S.A  I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the _____3_____ day of
__February__, 20_14_

Christopher G Sampa
Declarant

Texas Certification#: SCH-1088 Exp. 07/31/14

Private Process Server
Professional Civil Process Houston          PCP Inv. #H14102502
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102502

+ Service Fee:  80 00
  Witness Fee:     00
  Mileage Fee:     00

tomcat                          Sturm, Charles A.

CAUSE NO. 201401189

DELIVERED THE ___ DAY OF ___
BY _____
PROFESSIONAL CIVIL PROCESS

RECEIPT NO.      0.00     ATY
     **********     TR # 72987351

PLAINTIFF: CANTRELL, CAROL A
     vs.
DEFENDANT: CHESSER, KEVIN

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

Came to Hand: 1 /30 / 14

Delivered: 2/6/14

By: _____

TO: TROCHTA, GARY
     123 NORTH WASHINGTON  EL CAMPO TX 77347

       Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 10th day of January, 2014, in the above cited cause number
and court. The instrument attached describes the claim against you.

       YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
       This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court.

Issued at request of:
STURM, CHARLES ALFRED
723 MAIN ST., SUITE 325
HOUSTON, TX 77002
Tel: (832) 447-1300
Bar No.: 24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline      Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                          Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

                                _____ of _____ County, Texas

                          By _____
        Affiant                               Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                   Notary Public

N.INT.CITR.P

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

CAUSE NO   201401189

RECEIPT  NO                                    0  00           ATY
        *********                              TR # 72987352

PLAINTIFF   CANTRELL, CAROL A                  In The  125th
      vs.                                      Judicial District Court
DEFENDANT   CHESSER, KEVIN                     of Harris County, Texas
                                               125TH DISTRICT COURT
                                               Houston, TX

                        CITATION

THE STATE OF TEXAS
County of Harris

                                               **FILED**
                                               Chris Daniel
                                               District Clerk
                                               FEB 0 4 2014
                                               Harris County, Texas
                                               By _____ Deputy

                                               (P-2)

TO   WELLER, CHARLIE
     NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

     Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 10th day of January, 2014, in the above cited cause number
and court  The instrument attached describes the claim against you

     YOU HAVE BEEN SUED,  You may employ an attorney   If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
     This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

Issued at request of                CHRIS DANIEL, District Clerk
STURM, CHARLES ALFRED               Harris County, Texas
723 MAIN ST , SUITE 325             201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                   (P O  Box 4651, Houston, Texas 77210)
Tel  (832) 447-1300
Bar No   24003020                   GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421
_____
                OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____ , _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____ ,

_____ , by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____ , _____.

Fee  $_____                    _____

                                    _____ of _____ County, Texas

_____          _____
          Affiant                    By       Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____

                                    _____
                                          Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N INT CITR P                        

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

  I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:35 am, instructing for same to be delivered upon Weller,
Charlie.


That I delivered to    : Weller, Charlie.

the following          : CITATION; PLAINTIFFS' ORIGINAL PETITION

at this address       : Nine Greenway Plaza Suite 1700
                       : Houston, Harris County, TX 77046

Manner of Delivery    : by PERSONALLY delivering the document(s) to the person above

Delivered on           · JAN 30, 2014 11:51 am


My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the _____3_____ day of
__February__ , 20**14**

                                               |
                                             Declarant
           Christopher G Sampa

               Texas Certification#  SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston      PCP Inv. #H14102500
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102500

tomcat

+ Service Fee·  80.00
Witness Fee:     00
Mileage Fee      00

Sturm, Charles A

**FILED**
Chris Daniel
District Clerk

FEB 0 4 2014

Time:_____

CONFIRMED FILE DATE: 2/4/2014

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

CAUSE NO. 201401189

RECEIPT NO         0 00      ATY
*********        TR # 72987353

PLAINTIFF  CANTRELL, CAROL A
        vs
DEFENDANT   CHESSER, KEVIN

2014-01189

In The 125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

(P-2)

**FILED**
Chris Daniel
District Clerk
FEB 0 4 2014
Harris County, Texas
By_____ Deputy
Time:_____

TO. WHITE, BRENDA
    NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

    Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 10th day of January, 2014, in the above cited cause number
and court  The instrument attached describes the claim against you

    YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

Issued at request of
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
Bar No  24003020

[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ M , on the _____ day of _____ , _____

Executed at (address) _____  in

_____ County at _____ o'clock ____ M , on the ____ day of _____ ,

_____ , by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____    copy(ies) of the
                                                                         Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____ , _____

Fee. $_____                          _____

                                        _____ of _____ County, Texas

_____            By _____
        Affiant                                 Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____

                                        _____
                                        Notary Public

N INT CITR P

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Watermark: Unofficial Copy Office of Harris County District Clerk

# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**

*Plaintiff*

**vs**

**BRIGGS & VESELKA CO., ET AL**

*Defendant*

### RETURN OF SERVICE

I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10.35 am, instructing for same to be delivered upon White,
Brenda.

That I delivered to        : White, Brenda.

the following              CITATION, PLAINTIFFS' ORIGINAL PETITION

at this address            : Nine Greenway Plaza Suite 1700
                           : Houston, Harris County, TX 77046

Manner of Delivery         : by PERSONALLY delivering the document(s) to the person above.

Delivered on               : JAN 30, 2014 11:52 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U.S.A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ___3___ day of

___February___ , 20_14_                  _____
                                                              Declarant
                                         Christopher G Sampa

                                         Texas Certification#: SCH-1088 Exp  07/31/14

Private Process Server
Professional Civil Process Houston                PCP Inv. #H14102499
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858
                                + Service Fee:  80.00
                                  Witness Fee:    .00
AX02H14102499                     Mileage Fee:     00
tomcat                                            Sturm, Charles A.

**FILED**
Chris Daniel
District Clerk

FEB 04 2014

Time: _____
By: _____
Harris County, Texas

CAUSE NO   201401189

RECEIPT NO   *********

**PROCESS SERVED**
**AFFIDAVIT ATTACHED**

0 00          ATY
TR # 72987360

PLAINTIFF. CANTRELL, CAROL A
                    vs
DEFENDANT   CHESSER, KEVIN

In The  125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

P-2

TO   WHITE, JIM
        NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014,</u> in the above cited cause number
and court  The instrument attached describes the claim against you

YOU HAVE BEEN SUED,  You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10.00 a m  on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING
    This citation was issued on 21st day of January, 2014, under my hand and
seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel  (832) 447-1300
<u>Bar No</u>  24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P O  Box 4651, Houston, Texas 77210)

GENERATED BY  MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M , on the _____ day of _____ , _____

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____ ,

_____ , by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____          copy(ies) of the
                                                                                                    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____ , _____

Fee. $_____              _____

                                         _____ of _____ County, Texas

_____              By _____
        Affiant                                             Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____

                                                                    _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Notary Public

N INT CITR P



# 125th District Court of HARRIS County, Texas

201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

CAROL A. CANTRELL, ET AL

*Plaintiff*
**vs**
BRIGGS & VESELKA CO., ET AL

*Defendant*

### RETURN OF SERVICE

  I, Christopher G Sampa, make statement to the fact,
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:35 am, instructing for same to be delivered upon White,
Jim

That I delivered to      : White, Jim

the following            : CITATION, PLAINTIFFS' ORIGINAL PETITION

at this address            Nine Greenway Plaza Suite 1700
                         : Houston, Harris County, TX 77046

Manner of Delivery       : by PERSONALLY delivering the document(s) to the person above.

Delivered on             : JAN 30, 2014 11:52 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S A.  I declare under penalty of perjury that the foregoing is true and
correct.

Executed in Harris County, State of Texas, on the ___3___ day of
__February__, 20_14_                    _____
                                        Christopher G Sampa                 Declarant

                                        Texas Certification#: SCH-1088 Exp 07/31/14

Private Process Server
Professional Civil Process Houston          PCP Inv. #H14102497
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858

AX02H14102497
tomcat                          + Service Fee    80.00
                                  Witness Fee.      00
                                  Mileage Fee      .00
                                                            Sturm, Charles A

**PROCESS SERVED AFFIDAVIT ATTACHED**

CAUSE NO. 201401189

*P2*

CONFIRMED FILE DATE: 2/6/2014

RECEIPT NO
*********     0 00     ATY
TR # 72987362

PLAINTIFF   CANTRELL, CAROL A
vs
DEFENDANT   CHESSER, KEVIN

In The 125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk
FEB 06 2014
Time: _____
By _____ Deputy
Harris County, Texas

TO. XIN, XIN
NINE GREENWAY PLAZA, SUITE 1700   HOUSTON TX 77046

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of January, 2014</u>, in the above cited cause number and court. The instrument attached describes the claim against you

YOU HAVE BEEN SUED, You may employ an attorney If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10 00 a m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you

TO OFFICER SERVING
This citation was issued on 21st day of January, 2014, under my hand and seal of said Court

<u>Issued at request of</u>
STURM, CHARLES ALFRED
723 MAIN ST , SUITE 325
HOUSTON, TX 77002
Tel (832) 447-1300
<u>Bar No</u> : 24003020

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P O Box 4651, Houston, Texas 77210)

GENERATED BY MOMON, RHONDA MICHEL   HWP//9748421

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ M, on the _____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock _____ M , on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____    copy(ies) of the
    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

Fee $_____     _____

     _____ of _____ County, Texas

_____    By _____
    Affiant                Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

_____
Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N INT CITR P

# 125th District Court of HARRIS County, Texas
201 CAROLINE, 10TH FL. HOUSTON, TX 77002

## Case #: 201401189

**CAROL A. CANTRELL, ET AL**


*Plaintiff*
**vs**
**BRIGGS & VESELKA CO., ET AL**


*Defendant*

### RETURN OF SERVICE

 I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 01/30/14 10:35 am, instructing for same to be delivered upon Xin,
Xin

That I delivered to        Xin, Xin.

the following           : CITATION, PLAINTIFFS' ORIGINAL PETITION

at this address         : Nine Greenway Plaza Suite 1700
                        : Houston, Harris County, TX 77046

Manner of Delivery      : by PERSONALLY delivering the document(s) to the person above

Delivered on            : JAN 30, 2014 11.52 am

My name is Christopher G Sampa, my date of birth is MAR 12th, 1965, and my address
is Professional Civil Process Houston, 1500 McGowen, Suite 140, Houston TX 77004,
and U S A   I declare under penalty of perjury that the foregoing is true and
correct

Executed in Harris County, State of Texas, on the ___3___ day of
__February__ , 20_14_


                                                                    _Declarant_
                        Christopher G Sampa

                        Texas Certification#  SCH-1088 Exp. 07/31/14

Private Process Server
Professional Civil Process Houston              PCP Inv  #H14102498
1500 McGowen, Suite 140 Houston TX 77004
(713) 227-5858
                        + Service Fee    80.00
                          Witness Fee      .00
AX02H14102498             Mileage Fee      .00
tomcat                                  Sturm, Charles A.